UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | CAUSE NO.  1:19-mj-0940 |
| DAQUWON RICHARDSON, | ) ) ) | |
| Defendant. | ) | |

AMENDED PENALTY SHEET

You have been charged in a Complaint with a violation of the Laws of the United States of America.  The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 922(g)(1) and § 924(e) Possession of a Firearm By a Convicted Felon | NLT 15 – Life | $250,000 | NMT 5 years |

Dated: _____

_____
DAQUWON RICHARDSON
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana