UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO.   1:19-mj-0940 |
| | ) | |
| DAQUWON RICHARDSON, | ) | - 01 |
| Defendant. | ) | |

**COURTROOM MINUTE FOR OCTOBER 31, 2019**
**HONORABLE DEBRA MCVICKER LYNCH, MAGISTRATE JUDGE**

The parties appear for a preliminary and detention hearing.   Defendant appeared in person and by FCD counsel William Dazey.   Government represented by AUSA Amanda Kester for AUSA Jeremy Morris.   USPO represented by Courtney Ratzlaff.

Preliminary hearing held.   Parties submitted on the complaint and attached affidavit and probable cause was found.

Defendant waived his right to a detention hearing and defendant ordered detained pending trial.

Defendant raised medical concerns with the court.   Defendant is to receive immediate medical attention upon his return to the facility at which he is currently housed.

Defendant remanded to the custody of the U.S. Marshals pending further proceedings before the court.

Date: 10/31/2019

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system