*Approved. Defendant is ordered detained pending trial.*

*[signature] USMJ*
*10/31/19*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | FILED |
| v. | ) 1:19-mj-940 | OCT 31 2019 |
| Daquwon Richardson | ) ) ) | U.S. CLERK'S OFFICE INDIANAPOLIS, INDIANA |
| Defendant. | ) | |

### DEFENDANT'S WAIVER OF DETENTION HEARING

Comes now the defendant and, having been advised by counsel of his right to a detention hearing, now waives said detention hearing, pursuant 18 U.S.C. § 3142(f)(2)

Further, the defendant understands that he will be detained until time of trial.

_____
Daquwon Richardson
Defendant

10-31-2019
Date

_____
Counsel for Defendant
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN  46204
317-383-3520

Distribution to all registered counsel by electronic notification via CM/ECF